1

2

3

4

O

5

6

JS - 6

7

8                      UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11  LORI LUCKER, an individual,  )  Case No. CV 08-04732 DDP (SSx)
                                 )
12              Plaintiff,       )  **ORDER DISMISSING COMPLAINT**
                                 )  **WITHOUT PREJUDICE**
13       v.                      )
                                 )  [Motion to Dismiss filed on
14  ESKANOS & ADLER, P.C., a     )  October 27, 2008]
    California professional      )
15  corporation,                 )
                                 )
16              Defendants.
    _____

17

18       This matter comes before the Court on Defendant Eskanos &

19  Adler's Motion to Dismiss. Because this Motion is unopposed, the

20  Court dismisses Lucker's Complaint without prejudice.

21       Plaintiff Lori Lucker ("Lucker") filed this suit against

22  Eskanos & Adler ("E & A" or "Defendant") on July 18, 2008. Her

23  Complaint alleges violations of the Fair Debt Collection Practices

24  Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the California Fair

25  Debt Collection Practices Act, Cal. Civ. Code § 1788 *et seq*. On

26  October 27, 2008, E & A filed this Motion to Dismiss for failure to

27  state a claim on which relief may be granted pursuant to Federal

28  Rule of Civil Procedure 12(b)(6). In its Motion, E & A argues that

1   Lucker's claims are barred by the FDCPA's one-year statute of

2   limitations because Lucker alleges that calls began on or about

3   January 8, 2007, and continued for several months thereafter.

4   Additionally, E & A argues that, if the Court dismisses the FDCPA

5   claims, it should also decline to exercise supplemental

6   jurisdiction over the California claims.

7        The Local Rules for this District require that an opposing

8   party file a written brief in opposition to the motion or a written

9   statement of non-opposition at least fourteen days before the date

10  designated for the hearing. See C.D. Cal. L.R. 7-9. That deadline

11  was November 10, 2008. As of the date of this Order, Lucker has not

12  made a responsive filing.

13       Without reaching the merits of Defendant's argument, the Court

14  dismisses Plaintiff's Complaint without prejudice.

15  IT IS SO ORDERED.

16

17

18  Dated: November 19, 2008                _____

19                                          DEAN D. PREGERSON
                                            United States District Judge

20

21

22

23

24

25

26

27

28